UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON MARMON-KACZOROWSKI | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 04-1470 |
| CONTINENTAL CASUALTY COMPANY, *et al.* | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S STATE LAW CONTRACT CLAIMS AND
### CLAIM FOR PUNITIVE AND/OR EXTRA-CONTRACTUAL DAMAGES

Defendants, Continental Casualty Company and CNA Life Assurance Company (hereinafter "Defendants"), by their undersigned counsel and pursuant to Rule 12(b) of the Federal Rules of Civil Procedure respectfully request that this Court enter an Order dismissing Plaintiff's State law contract claims and claim for punitive and/or extra-contractual damages with prejudice. In support thereof Defendants state as follows:

1. On or about October 25, 2004, Plaintiff, Sharon Marmon-Kaczorowski ("Plaintiff" or "Kaczorowski") filed a Complaint against the Defendants in the Superior Court of Delaware for New Castle County, in the civil action styled <u>Sharon Marmon-Kaczorowski v. Continental Casualty Company, *et al.*</u>, Case No. 04-C-10-40 CHT.

2. On or about November 24, 2004, Defendants timely removed this action to the United States District Court for the District of Delaware as this case concerns the interpretation and application of provisions of an employee welfare benefit plan (the "Plan") and, therefore, the Employment Retirement Income Security Act of 1974, as Amended ("ERISA"), 29 U.S.C. §§ 1001, *et seq.*, governs this lawsuit.

3. Plaintiff's claim in this action alleges a breach of Continental Casualty Company Group Policy No. SR-83090156, issued by that company to Plaintiff's employer, Computer Sciences Corporation.

4. In her Complaint, Plaintiff claims "compensatory damages resulting from the breach of contract."

5. Plaintiff's claims against Defendants fail to state a claim upon which relief can be granted.

6. Plaintiff has raised only State law claims sounding in contract which are statutorily preempted by ERISA.

7. Plaintiff's State law claims must therefore be dismissed.

8. Plaintiff's Complaint further seeks punitive and/or extra-contractual damages against Defendants.

9. Punitive and/or extra-contractual damages are not available for claims under ERISA plans.

10. Simultaneous with this Motion, Defendants are filing a Memorandum of Law In Support of this Motion which sets out in greater detail the reasons why this Motion and the relief requested should be granted.

WHEREFORE, Defendants respectfully request an Order dismissing Plaintiff's State law contract claims and claim for punitive and/or extra-contractual damages with prejudice.

Respectfully submitted,

___/s/ Susan A. List_____
David G. Culley, Fed. Bar No. 2141
Susan A. List, Fed. Bar No. 3752
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899
(302) 658-6901

        J. Snowden Stanley, Jr. (Of Counsel)
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendants

DATED:   March 28, 2005

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this <u>  28  </u> day of <u>   March   </u>, 2004, copies of the foregoing Defendants' Motion to Dismiss Plaintiff's State Law Contract Claims and Claim for Punitive and/or Extra-Contractual Damages, via e-filing on:

Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805
Attorneys for Plaintiff

                                           <u>   /s/  Susan A. List</u>
                                           Susan A. List