UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON MARMON-KACZOROWSKI | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 04-1470 |
| CONTINENTAL CASUALTY COMPANY, *et al.* | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendants, Continental Casualty Company and CNA Life Assurance Company's Motion to Dismiss Plaintiff's State Law Contract Claims and Claim for Punitive and/or Extra-Contractual Damages, and any opposition thereto, it is this _____ day of _____, 2005, by the United States District Court for the District of Delaware,

ORDERED, that Defendants' Motion to Dismiss Plaintiff's State Law Contract Claims and Claim for Punitive and/or Extra-Contractual Damages be and hereby is GRANTED; and it is further

ORDERED, that Plaintiff's state law contract claims be and hereby are dismissed, with prejudice; and it is further

ORDERED, that Plaintiff's claims for extra-contractual, exemplary, punitive and/or treble damages be and are hereby dismissed, with prejudice.

_____
JUDGE, United States District Court
for the District of Delaware

copies to:

David G. Culley, Esquire
Susan A. List, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899

J. Snowden Stanley, Jr., Esquire
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201

Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805