UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI  *

      Plaintiff  *

v.  *  Civil Action No.: 04-1470

CONTINENTAL CASUALTY  *
COMPANY, *et al.*

      *

      Defendants

      *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY TRIAL DEMAND

      Defendants, Continental Casualty Company and CNA Life Assurance Company (hereinafter "Defendants"), by its undersigned counsel, hereby file this Motion to Strike Plaintiff's Jury Trial Demand, and state as grounds:

      1.    This case concerns the interpretation and application of provisions of an employee welfare benefit plan (the "Plan") and, therefore, the Employment Retirement Income Security Act of 1974, as Amended ("ERISA"), 29 U.S.C. §§ 1001, *et seq.*, governs this lawsuit.

      2.    The Continental Casualty Company Group Policy at issue in this case, No. SR-83090156 (the "Policy"), was issued to Plaintiff's employer, Computer Sciences Corporation, to provide long-term disability benefits.

      3.    On or about October 25, 2004, Plaintiff filed her Complaint in the Superior Court of Delaware for New Castle County. Plaintiff's Complaint demanded a trial by jury of 12.

      4.    On or about November 24, 2004, Defendants timely removed this case to the United States District Court for the District of Delaware.

      5.    There is no constitutional or statutory authority providing a right to a jury trial in actions such as this in which an employee claims benefits pursuant to an employee welfare

benefit plan governed by the Employee Retirement and Income Security Act ("ERISA"), 29 U.S.C. §1132(a)(1)(B).

6.  Federal courts, including the Third Circuit and the District of Delaware, whose decisions must govern the resolution of this case, have ruled that there is no right to a jury trial in claims under employee welfare benefit plans governed by ERISA, such as this one.

WHEREFORE, for these reasons, and the reasons more fully set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Strike Plaintiff's Jury Trial Demand, Defendants request this Court grant this Motion to Strike the Plaintiff's Jury Trial Demand.

Respectfully submitted,

  */s/ Susan A. List*
David G. Culley, Fed. Bar No. 2141
Susan A. List, Fed. Bar No. 3752
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899
(302) 658-6901

J. Snowden Stanley, Jr. (Of Counsel)
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __28_ day of _March_____, 2005, a copy of the foregoing Defendants' Motion to Strike Plaintiff's Jury Trial Demand and proposed Order were served, via e-filing, on:

Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805
Attorneys for Plaintiff

                                                    */s/ Susan A. List*
                                                    Susan A. List