UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

**SHARON MARMON-KACZOROWSKI** *

    **Plaintiff** *

v. *    Civil Action No.: 04-1470

**CONTINENTAL CASUALTY** *
**COMPANY,** *et al.*
    *
    **Defendants**
    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

    Upon consideration of Defendants' Motion to Strike Plaintiff's Jury Trial Demand, and any Opposition thereto, it is this _____ day of _____, 2005, hereby

    ORDERED, that Defendants' Motion to Strike Plaintiff's Jury Trial Demand be and is hereby **GRANTED.**

                                                         _____
                                                         Judge, United States District Court for the
                                                         District of Delaware

copies to:

David G. Culley, Esquire
Susan A. List, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899

J. Snowden Stanley, Jr., Esquire
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805