IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI       :
                                :   C.A. No.: 04-1470
        Plaintiff,               :
                                :
    v.                          :
                                :
CONTINENTAL CASUALTY            :
COMPANY, et al.                 :
                                :
        Defendants.             :

## PROPOSED ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiff's State Law Contract Claims and Claim for Punitive and/or Extra-Contractual Damages, and Plaintiff's Opposition thereto; it is hereby order this _____ day of _____, 2005, by the United States District Court for the District of Delaware,

**ORDERED**, that Defendants' Motion to Dismiss Plaintiff's State Law Contract Claims and Claims for Punitive and/or Extra-Contractual Damages is hereby DENIED; and it is further

**ORDERED**, that Plaintiff shall have leave to amend her original complaint.

_____
The Honorable Joseph J. Farnan, Jr.