# SILVERMAN, McDONALD & FRIEDMAN
*Attorneys at Law*

MICHAEL I. SILVERMAN\*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
DONNA M. SCHNITZLER
BRIAN E. LUTNESS\*\*
LYNN A. IANNONE●

1010 NORTH BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

TELEPHONE:
(302) 888-2900
TELECOPIER:
(302) 888-2923

\*Also Admitted in PA
\*\*Also Admitted in NJ
†Also Admitted in PA and NJ
●Also Admitted in MD

April 20, 2005

**VIA HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 n. King Street
Room 4124, Loxbox 27
Wilmington, DE 19801

RE    **MARMON-KACZOROWSKI V. CONTINENTAL CASUALTY COMPANY**
C.A. No.: 04-1470-JJR   JJF

Dear Judge Farnan:

With regard to the above captioned matter, Plaintiff does not oppose Defendant's Motion to Strike Plaintiff's Jury Trial Demand.

Plaintiff's counsel spoke with Defense counsel on Thursday, April 14, 2005 with regard to Plaintiff's overdue response to Defendant's Motion to Dismiss and Brief in Support of Defendant's Motion to Dismiss. Defense counsel agreed to provide Plaintiff with a brief extension to file Plaintiff's response. With the permission of the Court, Plaintiff will file her Response in Opposition to Defendants Motion to Dismiss on or before Thursday, April 21, 2005.

In advance, I thank you for your assistance in this matter. Should you have any questions or need additional information please do not hesitate to contact me.

Very truly yours,

Robert C. McDonald

RCM/acp
cc: Susan A. List