LAW OFFICES

# TYBOUT, REDFEARN & PELL

| | | |
|---|---|---|
| B. WILSON REDFEARN<br>RICHARD W. PELL<br>DAVID G. CULLEY<br>SHERRY RUGGIERO FALLON<br>FRANCIS X.D. NARDO<br>JOHN J. KLUSMAN<br>DANIELLE K. YEARICK<br>DENNIS J. MENTON | 300 DELAWARE AVENUE<br>11TH FLOOR<br>P.O. BOX 2092<br>WILMINGTON, DELAWARE  19899-2092<br>(302) 658-6901<br><br>TELECOPIER<br>658-4018 | SUSAN A. LIST<br>ROBERT M. GREENBERG<br>TIMOTHY S. MARTIN<br><br>*Of Counsel:*<br>F. ALTON TYBOUT |

April 25, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Wilmington, DE 19801

  **RE: Sharon Marmon-Kaczorwski v. Continental Casualty Co. & CNA Life Assurance Co.**
    **C.A. No.: 04-1470**

Dear Judge Farnan:

  As you know, I represent the Defendants in the above-referenced matter.  My client filed has filed a Motion to Dismiss, to which Plaintiff recently filed a response on April 21, 2005.  The parties are attempting to resolve the issues raised in the Motion to Dismiss.  Accordingly, Plaintiff will be forwarding a proposed Amended Complaint for my client's review by May 2, 2005.  At that time, if the parties can not resolve this matter, I would request until May 12, 2005 to reply to Plaintiff's Response to our Motion to Dismiss, if the parties can not resolve this matter.

  Thank you for your attention hereto.

               Respectfully submitted,

               /s/ *Susan A. List*

               SUSAN A. LIST

SAL

cc: Robert C. McDonald, Esquire
   Snowden Stanley, Esquire (via facsimile)