UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI  *

      Plaintiff  *

v.  *  Civil Action No.: 04-1470

CONTINENTAL CASUALTY  *
COMPANY, *et al.*
      *
      Defendants
      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

    Upon consideration of Defendants' Motion to Strike Plaintiff's Jury Trial Demand, and any Opposition thereto, it is this 26 day of April, 2005, hereby

    ORDERED, that Defendants' Motion to Strike Plaintiff's Jury Trial Demand be and is hereby **GRANTED**.

                                                     Judge, United States District Court for the District of Delaware

copies to:

David G. Culley, Esquire
Susan A. List, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899

J. Snowden Stanley, Jr., Esquire
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805