LAW OFFICES

# TYBOUT, REDFEARN & PELL

B. WILSON REDFEARN
RICHARD W. PELL
DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN
DANIELLE K. YEARICK
DENNIS J. MENTON

300 DELAWARE AVENUE
11TH FLOOR
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

SUSAN A. LIST
ROBERT M. GREENBERG
TIMOTHY S. MARTIN

Of Counsel:
F. ALTON TYBOUT

May 13, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Wilmington, DE 19801

RE:  **Sharon Marmon-Kaczorwski v. Continental Casualty Co. & CNA Life Assurance Co.**
C.A. No.: 04-1470

Dear Judge Farnan:

As you know I represent the Defendants in the above-referenced matter. Please be advise that the parties have resolved the issues involved in pending Motion to Dismiss, and therefore, Defendants withdraw that motion without prejudice. Accordingly, Plaintiff will be filing an Amended Complaint with this Court.

Thank you for your attention hereto.

Respectfully submitted,

/s/ Susan A. List

SUSAN A. LIST

cc:  Robert C. McDonald, Esquire
Snowden Stanley, Esquire (via facsimile)