IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON MARMON-KACZOROWSKI | * | |
| Plaintiff | * | |
| v. | * | |
| | * | Civil Action No.: 04-1470 |
| CONTINENTAL CASUALTY COMPANY | * | |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant, Continental Casualty Company ("Defendant" or "Continental"), by its undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 26.2, hereby files its Motion for Protective Order seeking an Order permitting Continental to file the administrative record compiled in its administration of Plaintiff's benefits claim "Under Seal," so as to prevent public disclosure of confidential information contained therein, and in support thereof, states:

1.      Continental has been named as a defendant in a lawsuit filed by Plaintiff Sharon Marmon-Kaczorowski ("Plaintiff" or "Ms. Marmon-Kaczorowski").

2.      Plaintiff's Complaint is founded upon a claim for long-term disability benefits pursuant to a Continental Policy (Policy Number SR-83090156) (the "Plan") issued to an employee welfare benefit plan maintained by Plaintiff's employer, Computer Sciences Corporation.

3.      As this case involves a claim made pursuant to an employee welfare benefit plan, Plaintiff's claim is governed by federal law, namely the Employee Retirement Income Security Act ("ERISA") of 1974, as amended 29 U.S.C. § 1100, *et. seq.* and § 132.

4.      Specifically, this matter arises from a dispute over the denial of long-term disability benefits claimed under a disability income insurance policy issued by Continental to the Plan. The Plaintiff has alleged that Continental improperly denied disability benefits to her which were due under the Plan.

5.      In the present case, the administrative record compiled by Continental in its administration of Ms. Marmon-Kaczorowski's claim for long-term disability benefits contains a substantial amount

1

of private and confidential information, including her Social Security number, address, birth date and medical information.

6. It is impractical and virtually impossible to completely redact this private information, since it is repeatedly shown in the 135 page administrative record.

7. Continental will file the administrative record in conjunction with its Motion for Summary Judgment. As a result, Continental respectfully requests that the entire administrative record, attached to the Affidavit of Joye M. Kelly, be filed "Under Seal," so as to prohibit public disclosure of Plaintiff's private and confidential information.

8. The proper procedure for limiting the use or disclosure of information is a protective order. Rule 26(c) of the Federal Rules of Civil Procedure provides the mechanism by which a district court may, for good cause shown, limit the use or disclosure of information.

9. In addition, the E-Government Act of 2002 (Pub. L. 107-347) and the policy of the Judicial Conference of the United States, provide that unless otherwise ordered by the court, parties shall not include or shall redact confidential information from all documents filed in ECF.

WHEREFORE, the Defendant prays this Court to grant its Motion for Protective Order regarding the filing of the administrative record "Under Seal."

Respectfully submitted,

/s/ SUSAN A. LIST
David G. Culley, Fed. Bar No. 2141
Susan A. List, Fed. Bar No. 3752
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899
(302) 658-6901

Of Counsel:
J. Snowden Stanley, Jr.
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this _9TH___ day of August, 2005, a copy of the foregoing Defendant's Motion for Protective Order and proposed Order were served, via e-filing, on:

Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805
Attorneys for Plaintiff

/s/ *SUSAN A. LIST*
Susan A. List

Marmon-Kaczorowski.Motion for Protective Order (Word). (B0542937).DOC