IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON MARMON-KACZOROWSKI | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 04-1470 |
| CONTINENTAL CASUALTY COMPANY | * | |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of J. Snowden Stanley, Jr. to represent Defendant, Continental Casualty Corporation, in the above-captioned matter.

Signed: /s/ *Susan A. List*
Susan A. List, Fed. Bar No. 3752
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899
(302) 658-6901
Attorneys for Defendant, Continental Casualty Corporation

Date: 8/15/05

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 15th day of August, 2005, a copy of the foregoing Motion and Order for Admission Pro Hac Vice, Certification by Counsel to be Admitted Pro Hac Vice and proposed Order were served, via e-filing, on:

Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805
Attorneys for Plaintiff

                                                                                     */s/ Susan A. List*
                                                                                     Susan A. List