IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON MARMON-KACZOROWSKI | * | |
| Plaintiff | * | |
| v. | * | |
| | | Civil Action No.: 04-1470 |
| CONTINENTAL CASUALTY COMPANY | * | |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED, this _____ day of _____, 2005, that counsel's Motion for Admission Pro Hac Vice be and is hereby granted.

_____
Judge, United States District Court for the
District of Delaware

copies to:

Susan A. List, Esquire
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899

J. Snowden Stanley, Jr., Esquire
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201

Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805
Marmom.orderforprohac.wpd