IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON MARMON-KACZOROWSKI | * |
| Plaintiff | * |
| v. | * |
| | * Civil Action No.: 04-1470 |
| CONTINENTAL CASUALTY COMPANY | * |
| | * |
| Defendant | * |
| | * |

* * * * * * * * * * * * *

### ORDER

UPON CONSIDERATION of Defendant Continental Casualty Company's ("Continental") Motion for Protective Order and any Opposition thereto, or argument heard thereon, it is this 25 day of August, 2005, hereby:

ORDERED that Continental's Motion for Protective Order be and is hereby GRANTED, and it is further;

ORDERED that Continental be and is hereby permitted to file the administrative record compiled in its administration of Plaintiff Sharon Marmon-Kaczorowski's benefits claim "Under Seal."

_____
Judge, United States District Court
for the District of Delaware

copies to:

David G. Culley, Esquire
Susan A. List, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899

J. Snowden Stanley, Jr., Esquire
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201

Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805