IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON MARMON-KACZOROWSKI | * |
| **Plaintiff** | * |
| v. | * |
| | Civil Action No.: 04-1470 |
| CONTINENTAL CASUALTY COMPANY | * |
| | * |
| **Defendant** | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Continental Casualty Company ("Continental"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 56, hereby moves this Court for an Order entering summary judgment in its favor. In support of its motion, Continental states as follows:

1. Continental has been named as a defendant in a lawsuit filed by Plaintiff Sharon Marmon-Kaczorowski ("Plaintiff" or "Ms. Marmon-Kaczorowski").

2. Plaintiff's Complaint is founded upon a claim for long-term disability benefits pursuant to a Continental Policy (Policy Number SR-83090156) (the "Plan") issued to an employee welfare benefit plan maintained by Plaintiff's employer, Computer Sciences Corporation.

3. As this case involves a claim made pursuant to an employee welfare benefit plan, Plaintiff's claim is governed by federal law, namely the Employee Retirement Income Security Act ("ERISA") of 1974, as amended 29 U.S.C. § 1100, *et. seq.* and § 1132.

4. Specifically, this matter arises from a dispute over the denial of long-term disability benefits claimed under a disability income insurance policy issued by Continental to the Plan. The Plaintiff has alleged that Continental improperly denied disability benefits to her which were due under the Plan.

5. Continental is entitled to summary judgment in its favor because Plaintiff did not qualify for benefits under the Plan as she did not satisfy the definition of "Disability" as provided in the Plan.

6. The Court's review of Continental's determination is properly limited to the evidence contained within Continental's administrative record at the time of its determination. A complete copy of the administrative record available to Continental at the time of its determination has been filed contemporaneous

hereto as exhibits to the Affidavit of Joye M. Kelly, and is incorporated herein by reference.

7. There are no material facts in dispute in this case, and judgment is appropriate as a matter of law in favor of Continental.

8. The grounds and authorities in support of this Motion are set forth more fully in the Memorandum of Law in support hereof, which is filed contemporaneous hereto and incorporated herein by reference.

WHEREFORE, Defendant, Continental Casualty Company, respectfully requests that this Court issue an Order granting summary judgment in its favor, along with any further relief to which this Court deems it entitled.

Respectfully submitted,

/s/
David G. Culley, Fed. Bar No. 2141
Susan A. List, Fed. Bar No. 3752
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899
(302) 658-6901

/s/
J. Snowden Stanley, Jr.
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendant