IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI *

      Plaintiff              *

v.                                     *

                                          Civil Action No.: 04-1470

CONTINENTAL CASUALTY    *
COMPANY
                                   *

      Defendant
                                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**

STATE OF FLORIDA             )
                                        )   SS:
COUNTY OF Orange          )

    I, HEREBY CERTIFY that on this 28th day of July, 2005, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Joye M. Kelly, who made oath in due form of law as follows:

    1. This Affidavit is based on personal knowledge of the facts herein stated and I am competent to be a witness to those facts.

    2. I am the Appeal Specialist for Benefit Management Services at The Hartford.

    3. As part of my responsibilities for The Hartford, I am familiar with its procedure for processing and administering claims under policies such as Policy Number SR-83090156 issued by Continental Casualty Corporation ("Continental") to provide long-term disability benefits to

the employees of Computer Sciences Corporation, pursuant to its employee welfare benefit plan ("the Plan") and for the maintenance of claim files in connection with such claims.

4. A true and correct copy of the claim file considered by Continental in connection with the Plaintiff's claim for benefits under the Plan is attached to this Affidavit (Bates Nos. CCC00001 - CCC00135).

5. The documents attached to this Affidavit are documents and records prepared and/or maintained by Continental in the regular course of business.

_____
Joye M. Kelly

As Witness my Hand and Notarial Seal

Pamela J. Ward
Commission #DD217624
Expires: Jul 06, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

_____
Notary Public

My Commission Expires: 7/6/07