**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHARON MARMON-KACZOROWSKI | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 04-1470 |
| CONTINENTAL CASUALTY COMPANY | * | |
| | * | |
| Defendant | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

UPON CONSIDERATION OF the Motion for Summary Judgment submitted by Defendant, Continental Casualty Company, and any opposition thereto, it is this ___ ___ day of _____, 2005, ORDERED that the motion be and hereby is GRANTED, and it is

FURTHER ORDERED that summary judgment is hereby entered in favor of the Defendant, Continental Casualty Company.

_____
Judge, United States District Court for the
District of Delaware

copies to:

David G. Culley, Esquire
Susan A. List, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899

J. Snowden Stanley, Jr., Esquire
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201

Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805

marmon.Order for sj motion.wpd