IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON MARMON-KACZOROWSKI | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No.: 04-1470 |
| CONTINENTAL CASUALTY COMPANY | * | |
| | * | |
|     Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### REQUEST FOR HEARING

Defendant, Continental Casualty Company ("Continental"), by and through its undersigned counsel, hereby requests a hearing on its Motion for Summary Judgment.

Respectfully submitted,

_____/s/_____
David G. Culley, Fed. Bar No. 2141
Susan A. List, Fed. Bar No. 3752
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, Delaware 19899
(302) 658-6901


_____/s/_____
J. Snowden Stanley, Jr.
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendant