**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __12___ day of September, 2005, copies of the foregoing Defendant's Motion for Summary Judgment, Memorandum of Law in support thereof, proposed Order and Request for Hearing were served, via e-filing on:

Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Wilmington, Delaware 19805
Attorneys for Plaintiff

                                                     /s/ *Susan List*
                                        Susan A. List