# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH B BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I. SILVERMAN*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
DONNA M. SCHNITZLER
BRIAN E. LUTNESS**
LYNN A. KELLY•
WILLIAM F. PRESTON, III**
ANDREA C. PANICO▫

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2902

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ
•ALSO ADMITTED IN MD
▫ADMITTED IN PA ONLY

September 26, 2005

**VIA HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Loxbox 27
Wilmington, DE 19801

RE   **MARMON-KACZOROWSKI V. CONTINENTAL CASUALTY COMPANY**
C.A. No.: 04-1470 JJR

Dear Judge Farnan:

With regard to the above captioned matter, Defense counsel has agreed to provide Plaintiff with a brief extension to file Plaintiff's response to Defendant's Motion for Summary Judgment, that was filed on September 12, 2005. With the permission of the Court, Plaintiff will file her Response in Opposition to Defendant's Motion for Summary Judgment on or before Monday, October 3, 2005.

In advance, I thank you for your assistance in this matter. Should you have any questions or need additional information please do not hesitate to contact me.

Very truly yours,

Robert C. McDonald

RCM/acp
cc: Susan A. List