IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI       :
                                :        Civil Action No.: 04-1470
          Plaintiff,            :
                                :
     v.                         :
                                :
CONTINENTAL CASUALTY            :
COMPANY,                        :
                                :
          Defendant.            :

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff, Sharon Marmon-Kaczorowski, by and through the undersigned

counsel, and hereby requests that this Honorable Court deny Defendant's Motion for Summary

Judgment, and in support of said motion states:

1.       On or about May 19, 2005, Plaintiff filed an Amended Complaint with this Court

as a result of Defendant's denial of Plaintiff's long term disability benefits pursuant to

Continental Casualty Company's (hereinafter "Continental") Policy no. SR-83090156,

(hereinafter "the Policy") issued to Plaintiff through her employer Computer Sciences

Corporation.

2.       Plaintiff is essentially seeking payment of her long term disability benefits under

the Policy in accordance with section 502(a) of ERISA which allows a participant in an ERISA

plan to bring a civil action to "recover benefits due to him/her under the terms of his/her plan, to

enforce his/her rights under the terms of the plan, or to clarify his/her rights to future benefits

under the terms of the plan. 29 U.S.C. §1132(a)(1)(B). This is a result of Continental's arbitrary

and capricious denial of disability benefits due to Plaintiff under the Policy.

3.      Continental thereafter, on July 28, 2005, filed a Motion for Summary Judgment and Memorandum in Support of Defendant's Motion for Summary Judgement arguing that Continental is entitled to summary judgement as Plaintiff did not qualify for benefits under the Continental policy since, in Continental's opinion, she did  not satisfy the definition of "disability" as provided by the policy.

4.      There is a genuine issue of material fact as to whether the Defendant, Continental's decision to deny Plaintiff's benefits due under the terms of the disability policy was arbitrary, capriccios, not made in good faith, unsupported by substantial evidence and erroneous as a matter of law, in violation of ERISA.

5.      Plaintiff's argument and authorities in support of said opposition are set forth more fully in Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, which is filed contemporaneous and incorporated by reference herein.


WHEREFORE, Plaintiff, Sharon Marmon-Kaczorowski respectfully requests that this Honorable Court enter an Order denying Defendant's Motion for Summary Judgment.


**SILVERMAN, McDONALD & FRIEDMAN**


By: /s/Robert C. McDonald
        Robert C. McDonald, Esquire
        Bar I. D. No. 2340
        1010 N. Bancroft Parkway, Suite 22
        Wilmington, Delaware 19805
        (302) 888-2900
        Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI    :
                              :       Civil Action No.: 04-1470

      Plaintiff,                :

                              :

      v.                         :

                              :

CONTINENTAL CASUALTY          :
COMPANY,                           :

                              :

      Defendant.              :

## CERTIFICATE OF SERVICE

I, Robert C. McDonald, hereby certify that a copy of Plaintiff's Response in Opposition

to Defendants' Motion for Summary Judgment ans Plaintiff's Memorandum in Opposition to

Defendants' Motion for Summary Judgment was served this 3rd day of October, 2005, via United

States Mail, first class, postage pre-paid and federal court electronic filing upon:

Susan A. List, Esquire
Tybout, Redfern & Pell
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899

                                **SILVERMAN, McDONALD & FRIEDMAN**

                                By: /s/Robert C. McDonald
                                     Robert C. McDonald, Esquire
                                     Bar I. D. No. 2340
                                     1010 N. Bancroft Parkway, Suite 22
                                     Wilmington, Delaware 19805
                                     (302) 888-2900
                                     Counsel for Plaintiff