IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON MARMON-KACZOROWSKI : | |
| : | Civil Action No.: 04-1470 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CONTINENTAL CASUALTY : | |
| COMPANY, : | |
| : | |
| Defendant. : | |

### PROPOSED ORDER

Upon consideration of Defendant's Motion for Summary Judgment, and Plaintiff's Opposition thereto; it is hereby ordered this _____ day of _____, 2005, by the United States District Court for the District of Delaware,

**ORDERED**, that Defendants' Motion for Summary Judgment is hereby DENIED.

_____
The Honorable Joseph J. Farnan, Jr.