IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI,      :
                                :
        Plaintiff,               :
                                :
    v.                           :    Civil Action No. 04-1470-JJF
                                :
CONTINENTAL CASUALTY COMPANY,    :
                                :
        Defendant.               :

### ORDER

At Wilmington, the 22 day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion For Summary Judgment (D.I. 20) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE