IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI  :
                                                                         :
      Plaintiff,                    :
                                           :
      v.                          : Civil Action No. 04-1470-JJF
                                         :
CONTINENTAL CASUALTY COMPANY, :
et al.,                                 :
                                       :
      Defendants.                 :

**O R D E R**

WHEREAS, the Court has resolved the pending motion for summary judgment in the above-captioned matter;

WHEREAS, an Answer to the Amended Complaint has been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that counsel shall confer and submit to the Court a Proposed Rule 16 Scheduling Order no later than **Tuesday, August 22, 2006**. Attached is a sample form of Order which should serve as a basis for discussion. Where disagreements exist, please note each party's position.

August 10, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE