LAW OFFICES

# TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN
DANIELLE K. YEARICK
DENNIS J. MENTON

300 DELAWARE AVENUE
11TH FLOOR
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

SUSAN A. LIST
ROBERT M. GREENBERG
TIMOTHY S. MARTIN
SAMANTHA R. KABI

Of Counsel:
F. ALTON TYBOUT
B. WILSON REDFEARN

November 29, 2006

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Wilmington, DE 19801

    RE:    Sharon Marmon-Kaczorwski v. Continental Casualty Co.
             C.A. No.: 04-1470

Dear Judge Farnan:

    On November 21, 2006, your Honor entered a Memorandum Order setting forth a briefing schedule for Cross-Motions for Summary Judgment. The parties are interested in pursuing mediation with Magistrate Thynge prior to entering into a briefing schedule to see if this matter may be resolved. Accordingly, the parties respectfully request that the Court consider entering an Order referring the matter to mediation prior to the briefing of the Motions. In the event that mediation is unsuccessful, the parties will submit a stipulated briefing schedule within ten (10) days of the mediation.

    Thank you for your attention hereto.

Respectfully submitted,

*[signature]*

SUSAN A. LIST

cc:    Robert C. McDonald, Esquire
        Snowden Stanley, Esquire