IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON MARMON-KACZOROWSKI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1470-JJF |
| CONTINENTAL CASUALTY COMPANY, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the parties in the above-captioned matter have requested that this case be referred to mediation (D.I. 34);

NOW THEREFORE, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference. In the event that mediation is unsuccessful, the parties shall file a stipulated briefing schedule on the cross-motions for summary judgment contemplated by the Court's November 21, 2006 Order (D.I. 33) **within ten (10) days of the mediation.**

December 7, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE