IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI *

        Plaintiff                 *

v.                                     *     Civil Action No. 04-1470-JJF

CONTINENTAL CASUALTY      *
COMPANY
                                     *
        Defendant
                                     *

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

The parties, by their undersigned counsel, hereby submit this joint report regarding the status of this litigation.

      1.      This matter arises from a dispute over the denial of long-term disability benefits claimed under a disability income insurance policy issued by Defendant, Continental Casualty Company ("Defendant" or "Continental"). The Plaintiff, Sharon Marmon-Kaczorowski ("Plaintiff" or "Ms. Marmon-Kaczorowski"), has alleged that Continental improperly denied disability benefits to her which were due under Continental Policy Number SR-83090156 (the "Plan").

      2.      As this case involves a claim made pursuant to an employee welfare benefit plan, Plaintiff's claim is governed by federal law, namely the Employee Retirement Income Security Act ("ERISA") of 1974, as amended 29 U.S.C.§§ 1100, *et seq.* and § 1132.

      3.      On September 12, 2005, Continental filed its Motion for Summary Judgment.

4.      On October 3, 2005, Ms. Marmon-Kaczorowski filed her Response in Opposition to Continental's Motion for Summary Judgment.

5.      On March 22, 2006, this Court issued an Order denying Continental's Motion for Summary Judgment.

6.      On August 22, 2006, the Parties jointly filed their Rule 16 Scheduling Order.

7.      On November 21, 2006, the Court issued a Memorandum Order setting forth a briefing schedule for Cross-Motions for Summary Judgment.

8.      On December 1, 2006, a letter was sent to the Court on behalf of the parties stating that they were interested in pursuing mediation with Magistrate Judge Thynge prior to entering into a briefing schedule in an effort to resolve this action.  In the event that a mediation was unsuccessful, the parties would then submit a stipulated briefing schedule within ten (10) days after the mediation.

9.      On December 7, 2006, the Court issued an Order referring this action to Magistrate Judge Thynge for the purpose of exploring the possibility of a settlement.

10.     To date, the parties have not heard from Magistrate Judge Thynge in terms of setting a date for the mediation.  The parties are continuing their efforts to schedule a date with Magistrate Judge Thynge for the mediation.

11.     In the event that mediation with Magistrate Judge Thynge is unsuccessful, the parties will, pursuant to this Court's November 21, 2006 Order, file a stipulated briefing schedule on the Cross-Motions for Summary Judgment.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Robert C. McDonald, Fed. Bar No. 2340 | David G. Culley, Fed. Bar No. 2141 |
| SILVERMAN, McDONALD & FRIEDMAN | Susan A. List, Fed. Bar No. 3752 |
| 1010 N. Bancroft Parkway, Suite 22 | TYBOUT, REDFEARN & PELL |
| Wilmington, Delaware 19805 | 300 Delaware Avenue, Suite 1100 |
| (302) 888-2900 | P.O. Box 2092 |
|  | Wilmington, Delaware, 19899 |
| Attorneys for Plaintiff | (302) 658-6901 |

                                                                         /s/

J. Snowden Stanley, Jr.
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendant

B0681010.DOC