IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI, :
:
    Plaintiff, :
:
v. : Civil Action No. 04-1470-JJF
:
CONTINENTAL CASUALTY COMPANY, :
:
    Defendant. :

### O R D E R

WHEREAS, this action was referred to mediation at the request of the parties on December 7, 2006 (D.I. 35);

WHEREAS, a mediation date has not been set, and Magistrate Judge Thynge is no longer conducting mediations at this time due to her caseload associated with the vacant judgeship;

WHEREAS, the option of private mediation remains open to the parties;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The parties shall notify the Court by **Monday, April 16, 2007**, whether they intend to pursue private mediation, the name of the mediator selected, and when the private mediation shall take place.

2. If a private mediator is not selected, the parties shall file a Stipulated Briefing Schedule for Cross Motions For Summary Judgment by **Monday, April 16, 2007**.

March 30, 2007    _____
DATE              UNITED STATES DISTRICT JUDGE