# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH B BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I SILVERMAN*
ROBERT C McDONALD
JEFFREY S FRIEDMAN†
DONNA M SCHNITZLER
BRIAN E LUTNESS**
LYNN A KELLY●
WILLIAM F PRESTON, III**
ANDREA C PANICO☐

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2902

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ
●ALSO ADMITTED IN MD
☐ADMITTED IN PA ONLY

April 4, 2007

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

**RE: MARMON-KACZOROWSKI V. CONTINENTAL CASUALTY COMPANY
C.A. No.: 04-1470 JJR**

Dear Judge Farnan:

    I acknowledge the Court's most recent communication regarding the need to identify a mediator for this claim or set a briefing schedule on or before April 16, 2007.

    The parties previously communicated with the Court that we were interested in mediating this matter. In response, the Court referred the matter to Judge Thynge to explore the possibility of mediation. We now understand Judge Thynge is unavailable to undertake this task.

    The parties have agreed to submit the matter to private arbitration with Judge Vincent Bifferato. We are in the process of scheduling the mediation and anticipate concluding the process within the next 90 days.

    We trust this communication comports with the Court's order.

**SILVERMAN McDONALD & FRIEDMAN**
Re: Kaczorowski v. CNA
April 4, 2007
Page Two


      As always, should the Court have any questions or need additional information I remain at your call.

Respectfully submitted,

Robert C. McDonald

/RCM
cc:    Susan A. List, Esquire