# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI          :
                                   :          Civil Action No.: 04-1470
              Plaintiff,           :
                                   :
      v.                           :
                                   :
CONTINENTAL CASUALTY               :
COMPANY,                           :
                                   :
              Defendant.           :

## STIPULATION TO APPOINT MEDIATOR

**THE PARTIES HEREBY STIPULATE AND AGREE** to Vincent A. Bifferato Sr.,

Esquire, as mediator in the above-captioned matter.

**SILVERMAN McDONALD & FRIEDMAN**

_____
ROBERT C. McDONALD, ESQUIRE
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Plaintiff

**TYBOUT, REDFERN & PELL**

_____
SUSAN A. LIST, ESQUIRE
P.O. Box 2092
Wilmington, DE 19899
Attorney for Defendant