

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI  :
                                               :   Civil Action No.: 04-1470
      Plaintiff,             :
                                               :
      v.                            :
                                               :
CONTINENTAL CASUALTY          :
COMPANY,                           :
                                               :
      Defendant.           :

### STIPULATION TO APPOINT MEDIATOR

**THE PARTIES HEREBY STIPULATE AND AGREE** to Vincent A. Bifferato Sr., Esquire, as mediator in the above-captioned matter.

**SILVERMAN McDONALD & FRIEDMAN**

_____
ROBERT C. McDONALD, ESQUIRE
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Plaintiff

**TYBOUT, REDFERN & PELL**

_____
SUSAN A. LIST, ESQUIRE
P.O. Box 2092
Wilmington, DE 19899
Attorney for Defendant

IT IS SO ORDERED this 31 day of May, 2007.

_____
United States District Court Judge