# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I. SILVERMAN*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
BRIAN E. LUTNESS**
DONNA M. SCHNITZLER
ANDREA C. PANICO*

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2902

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ

OF COUNSEL:
WILLARD F. PRESTON, III

August 2, 2007

**VIA HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 n. King Street
Room 4124, Loxbox 27
Wilmington, DE 19801

RE   **MARMON-KACZOROWSKI V. CONTINENTAL CASUALTY COMPANY**
     C.A. No.: 04-1470 JJR

Dear Judge Farnan:

I write on behalf of the Plaintiff to provide the Court with a brief status report.

On Monday, July 31, 2007 the parties began the mediation process with Judge Vincent A. Bifferato. Almost immediately it became apparent the wages attributable to the Plaintiff were in dispute. This conflict was the result of a wage verification provided to the Defendant by the Plaintiff's former employer. As a result the mediation was recessed to allow for production verified wage information.

The parties agree that mediation has a high probability of success once the correct wage information is developed. As such, we are issuing a subpoena for wage information. We anticipate the receipt of the wage information and a second session of the mediation process to occur within the next 90 days.

With the Court's approval, we are requesting the Court to delay scheduling of trial or briefing until the mediation process is completed.

**SILVERMAN McDONALD & FRIEDMAN**
Re: Kaczorowski v. CNA
August 2, 2007
Page Two

    I will, of course, provide the Court with a status report once mediation is complete.

    Thanking the Court, in advance, I remain;

Very truly yours,

Robert C. McDonald

RCM/
cc: J. Snowden Stanley, Esquire