IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON MARMON-KACZOROWSKI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1470-JJF |
| CONTINENTAL CASUALTY COMPANY, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the parties have provided the Court with a status letter (D.I. 42) indicating that they have begun the mediation process with Vincent A. Bifferato and requesting the Court to delay scheduling briefing or a trial in this matter until the completion of mediation;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  The parties shall file a status report concerning this action on **Monday, November 26, 2007**.

2.  The scheduling of briefing and/or a trial date in this action shall be continued until the filing of the November 26, 2007 status report.

_August 30, 2007_
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE