# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I SILVERMAN*
ROBERT C McDONALD
JEFFREY S FRIEDMAN†
BRIAN E. LUTNESS**
DONNA M. SCHNITZLER
ANDREA C PANICO*

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2902

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ

OF COUNSEL:
WILLARD F PRESTON, III

January 17, 2008

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Loxbox 27
Wilmington, DE 19801

    RE    **MARMON-KACZOROWSKI V. CONTINENTAL CASUALTY COMPANY**
             C.A. No.: 04-1470 JJR

Dear Judge Farnan:

    I write on behalf of both parties, in a effort to provide the Court with a case status update.

    As the Court may recall, the parties have entered into the medication process with Judge Vincent Bifferato. At the conclusion of our first session, the parties discovered that a number of employee records were required to permit a meaningful settlement discussion to continue. Those records have since been subpoenaed and distributed among the litigants. We anticipate a return to the mediation process by the end of February, 2008. The parties remain optimistic that settlement can be reached.

    With this information in mind, we request a 90 day continuance of the existing scheduling order to permit the mediation process to be completed.

    The Court's understanding is greatly appreciated. Should the Court have any question, I remain at your call.

**SILVERMAN McDONALD & FRIEDMAN**
Re: Kaczorowski v. CNA
January 17, 2008

                                    Very truly yours,

                                    Robert C. McDonald

RCM/
cc: J. Snowden Stanley, Esquire