IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHARON MARMON-KACZOROWSKI, :
:
    Plaintiff, :
:
v. : Civil Action No. 04-1470-JJF
:
CONTINENTAL CASUALTY COMPANY, :
:
    Defendant. :

### O R D E R

WHEREAS, the parties requested a 90 day continuance of the existing scheduling order to permit the mediation process to be completed (D.I. 45);

WHEREAS, the 90 days have since expired;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall file a status report concerning this action no later than **Friday, May 2, 2008.**

\_\_April 23, 2008\_\_         \_\_\_/s/ Joseph J. Farnan_____
    DATE                                    UNITED STATES DISTRICT JUDGE