# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I SILVERMAN*
ROBERT C McDONALD
JEFFREY S FRIEDMAN†
BRIAN E. LUTNESS**
DONNA M. SCHNITZLER
ANDREA C PANICO*

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2902

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ

May 2, 2008

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Loxbox 27
Wilmington, DE 19801

RE  **MARMON-KACZOROWSKI V. CONTINENTAL CASUALTY COMPANY**
C.A. No.: 04-1470 JJR

Dear Judge Farnan:

In response to the Court's Order of April 23, 2008, please accept this communication as Plaintiff's status report.

As the docket will suggest, the parties were engaged in mediation with the Honorable Vincent A. Bifferato when it was discovered that the employment records in the possession of the Plaintiff were substantially different than those supplied to the Carrier. Subsequent to that discovery, a subpoena was issued for the Plaintiff's complete employment history. As some passage of time the records were received and supplied to Defendant. The parties then engaged in an informal settlement process to resolve the claim without success.

The parties have scheduled a second round of mediation for June 19, 2008. We will promptly advise the Court of the results.

Should the Court have any additional questions, I remain at your call.

**SILVERMAN McDONALD & FRIEDMAN**
Re: Marmon-Kaczorowski v. CNA
May 2, 2008
Page Two

Very truly yours,

Robert C. McDonald

RCM/