

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
www.semmes.com

J. Snowden Stanley, Jr.
*Principal*

Suite 1400
25 South Charles Street
Baltimore, Maryland 21201

410-576-4811
410-539-5223   Fax
jstanley@semmes.com

June 23, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Wilmington, DE 19801

Re:   *Sharon Marmon-Kaczorowski v. Continental Casualty Company*
      *Case No. 04-1470*

Dear Judge Farnan:

I am writing to report that, as a result of a private mediation before the Honorable Vincent A. Bifferato, the above-referenced matter has now been settled.

I expect that we will be filing the final closing papers in the near future.

Thank you for your courtesy and cooperation throughout the course of this matter.

Very truly yours,

J. Snowden Stanley, Jr.

JSS/cmw
cc:   Robert C. McDonald, Esq.
      Susan A. List, Esq.
B0812083.WPD