IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON MARMON-KACZOROWSKI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1470-JJF |
| CONTINENTAL CASUALTY COMPANY, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court understands that the parties have reached a settlement in the above-captioned action (D.I. 48);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is **DISMISSED**.

2. Any party may seek leave to vacate this Order and reopen this action if the settlement is not consummated.

\_\_July 1, 2008\_\_
DATE

_____
UNITED STATES DISTRICT JUDGE